IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br> v.<br><br>AMBASSADOR ADVISORS, LLC, *et al.*,<br><br>      Defendants. | Civil No. 5:20-cv-002274-JMG |

## ORDER

AND NOW, this 12th day of October, 2021, upon consideration of the Motion for Leave to file *Amicus Curiae* Brief of Financial Services Institute, Inc. in Opposition to Plaintiff Securities and Exchange Commission's Motion for Summary Judgment, and Plaintiff's Response thereto and Unopposed Motion for Extension to File Response Brief, it is hereby ORDERED that:

 1. The Motion for Leave to File *Amicus Curiae* Brief is GRANTED, and the Clerk is directed to file of record the brief of *Amicus Curiae* attached to the Motion; and

 2. Plaintiff shall have four weeks from the entry of this Order to respond to the *Amicus Curiae* Brief of Financial Services Institute, Inc.

 IT IS SO ORDERED.

                BY THE COURT:

                /s/ John M. Gallagher
                JOHN M. GALLAGHER
                *Judge, United States District Court*