IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br><br>           v.<br><br>AMBASSADOR ADVISORS, LLC, *et al.*,<br>           Defendants. | :<br>:<br>:<br>:<br>:  Civil No. 5:20-cv-02274-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 21st day of December, 2021, upon consideration of Defendants' Motion to Exclude Expert Opinions and Testimony (ECF No. 46), Plaintiff's *Daubert* Motion to Exclude Expert Opinions and Testimony of Jonathan R. Macey (ECF No. 60) and each party's response (ECF No. 61, 66), for the reasons set forth in the memorandum opinion accompanying this Order, **IT IS HEREBY ORDERED** as follows:

1.  Defendants' motion is **DENIED**.

2.  Plaintiff's motion is **GRANTED** in part. Professor Jonathan R. Macey may not opine as to:

    a.  how the jury should evaluate the evidence,

    b.  which documents the jury should consider to be disclosures,

    c.  the theoretical or economic benefits of 12b-1 fees,

    d.  Plaintiff's motive for bringing this suit,

    e.  the quality of Defendants' culture of compliance and corporate governance,

    f.  his understanding of the SEC's inspections of Defendants' office, or

    g.  his perspective on issues of public policy.

3. In all other respects, Plaintiff's motion is **DENIED**.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge